■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEMOINE ARRINGTON, Appellant. [859 NYS2d 883]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered February 21, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Centra, Lunn, Fahey and Pine, JJ.